**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01581-CV

### LARRY DEROME ADLEY, Appellant

### V.

### KEVIN WAYNE PRIVETT & LESLIE DOXEY, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00299-2010**

## ORDER

The reporter's record is overdue in this appeal. Appellant's docketing statement reflects he requested the record on November 20, 2012 and has made payment arrangements for the record. Accordingly, this Court **ORDERS** Susan Maienschein, official court reporter of the 416th Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Susan Maienschein, official court reporter of the 416th Judicial District Court, and to counsel for all parties.

/s/ ELIZABETH LANG-MIERS
   JUSTICE